UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
OPPENHEIMER & CO. INC.,

       Plaintiff,         Case No.:

 - against -

                    **RULE 7.1 STATEMENT**

DOCULYNX, INC., as successor-in-interest to
ANACOMP, INC.,

       Defendant,
------------------------------------------------------------- X

  Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Oppenheimer & Co. Inc. certifies that it is a wholly-owned subsidiary of Oppenheimer Holdings, Inc., which is a publicly traded company whose shares trade under the ticker symbol "OPY." No publicly held corporation owns more than 10% of the stock in Oppenheimer Holdings, Inc.

Dated: New York, New York
    January 9, 2018

                    SATTERLEE STEPHENS LLP

                    By: _____
                      Michael J. McAllister
                      Michael H. Gibson
                      John I. Coster, IV
                  230 Park Avenue – Suite 1130
                  New York, New York  10169
                  (212) 818-9200
                  *Attorneys for Plaintiff*