

# SATTERLEE STEPHENS LLP

230 Park Avenue
11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com

Michael H. Gibson, Esq.
Email: mgibson@ssbb.com
Direct Dial: (212) 404-8726

January 22, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/18

**VIA EMAIL**

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Oppenheimer & Co. Inc. v. DocuLynx. Inc.
    18 CV 00173 (JSR)

Dear Judge Stein:

This firm represents Plaintiff Oppenheimer & Co. Inc. ("Oppenheimer") with regard to the above referenced matter (the "Pending Action"). We write this letter upon the instructions of the Honorable Jed S. Rakoff and with the consent of counsel for Defendant DocuLynx, Inc. ("DocuLynx"), Thomas A. Martin, Esq., to respectfully request that Your Honor accept the transfer of this matter from Judge Rakoff.

In August of 2017, Oppenheimer filed an action against DocuLynx (Case No. 17-cv-05940-SHS) (the "Original Action") which was assigned to Your Honor. In September of 2017, the parties settled the Original Action.

On January 9, 2018, Oppenheimer commenced the Pending Action to enforce the terms of the Settlement Agreement in the Original Action. When completing the Civil Cover Sheet, the undersigned did not mark the Pending Action as related to the Original Action pursuant to Local Rule 13(a)2(B). On January 19, 2018, counsel for DocuLynx made an application to the Honorable Jed Rakoff to have the Pending Action transferred to Your Honor as related to the Original Action. Oppenheimer consented to Mr. Martin's application. In response, Judge Rakoff directed that the parties submit the instant letter request to Your Honor.

[Handwritten endorsement:] I accept the transfer of 18CV173(JSR) to my docket as related to 17CV5940(SHS). There will be a pretrial conference on Feb. 28, 2018, at 10:00 a.m. SO ORDERED 1/29/18

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

2883681_2

**SATTERLEE STEPHENS LLP**

The Honorable Sidney H. Stein
United States District Judge
January 22, 2018

Page 2

      As such, the parties respectfully request that Your Honor accept the transfer of the above action.

      Respectfully submitted,

      */s/ Michael H. Gibson*

      Michael H. Gibson

MHG/jc

cc:    The Honorable Jed S. Rakoff (via email)
       Thomas A. Martin, Esq. (via email)