UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OPPENHEIMER & CO. INC.,

                                Plaintiff,

- against -

DOCULYNX, INC., as successor-in-interest to ANACOMP, INC.,

                                Defendant.

Index No. 18-CV-00173 (SHS)

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am a partner in the law firm of Satterlee Stephens, LLP, counsel for Plaintiff Oppenheimer & Co. Inc.

2. On January 18, 2018, I served a true copy of the Summons and Complaint in this action upon counsel for Defendant DocuLynx, Inc:

        Thomas Martin, Esq.
        PUTNEY, TWOMBLY, HALL & HIRSON LLP
        521 Fifth Avenue
        New York, New York 10175
        Telephone: (212) 682-0020
        Email: TMartin@putneylaw.com

who agreed to accept service of the same by email.

                                                    MICHAEL H. GIBSON

Sworn to before me this
31st day of January, 2018.

_____
Notary Public

JOY DIBIASO
Notary Public, State of New York
No. 01DI6309283
Qualified in New York County
Commission Expires August 11, 2018

2890322_1

1