UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPPENHEIMER & CO. INC., <br><br> Plaintiff, <br><br> - against - <br><br> DOCULYNX, INC., AS SUCCESSOR-IN-INTEREST TO ANACOMP, INC., <br><br> Defendant. | Case No. 18-CV-00173 (SHS) <br><br> NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE,** that Thomas A. Martin, Esq., a Partner of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for defendant, Doculynx, Inc., as successor-in-interest to Anacomp, Inc. in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       February 7, 2018

By: ___/s/ TAM_____
Thomas A. Martin
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendant*

To: (via ECF)
    Satterlee Stephens LLP
    Michael J. McAllister, Esq.
    Michael H. Gibson, Esq.
    John I. Coster, IV, Esq.
    *Attorneys for Plaintiff*