UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OPPENHEIMER & CO. INC.,

Plaintiff,

- against -

DOCULYNX, INC., AS SUCCESSOR-IN-INTEREST TO ANACOMP, INC.,

Defendant.

Case No. 18-CV-00173 (SHS)

<u>NOTICE OF APPEARANCE</u>

      **PLEASE TAKE NOTICE,** that John B. Fulfree, Esq., an associate with Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for defendant, Doculynx, Inc., as successor-in-interest to Anacomp, Inc. in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
      February 7, 2018

By:     /s/ JBF                 
      John B. Fulfree
      PUTNEY, TWOMBLY, HALL & HIRSON LLP
      521 Fifth Avenue
      New York, New York 10175
      (212) 682-0020
      *Attorneys for Defendant*

To: (via ECF)
    Satterlee Stephens LLP
    Michael J. McAllister, Esq.
    Michael H. Gibson, Esq.
    John I. Coster, IV, Esq.
    *Attorneys for Plaintiff*