## PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
MARY ELLEN DONNELLY
GEOFFREY H. WARD
E. PARKER NEAVE
MARK A. HERNANDEZ
PHILIP H. KALBAN
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER
ROBERT M. TUCKER

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
PUTNEYLAW.COM

328 NEWMAN SPRINGS ROAD
RED BANK, NEW JERSEY 07701
(732) 379-6020
TELEFAX: (732) 345-9444

1225 FRANKLIN AVENUE, SUITE 200
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
ALEXANDER NEAVE
THOMAS M. LAMBERTI
HARVEY I. SCHNEIDER
ANDREA HYDE

February 7, 2018

**Via ECF**
Judge Sidney H. Stein
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **Oppenheimer & Co. Inc., v. Doculynx, Inc.,**
       <u>**S.D.N.Y. 18-CV-173 (SHS)**</u>

Dear Judge Stein:

  We represent Defendant, Doculynx, Inc., (the "Defendant") in the above-referenced action. With consent of Plaintiff's counsel, we write to respectfully request that the Court extend Defendant's time to answer, move or otherwise respond to Plaintiff's Complaint (ECF No. 1) to February 15, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint. Defendant's response is currently due on February 8, 2018.

  Thank you for your consideration in this matter.

              Respectfully submitted,

              /s/JBF

              John B. Fulfree

Cc: Michael H. Gibson (Via ECF)
   *Attorney for Plaintiff*