UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPPENHEIMER & CO. INC.,<br><br>  Plaintiff,<br><br>- against –<br><br>DOCULYNX, INC., as successor-in-interest to ANACOMP, INC.,<br><br>  Defendant. | Case No.: 18-cv-173 (SHS)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant DocuLynx, Inc. ("DocuLynx"), certifies that Doculynx has no corporate parents, affiliates and/or subsidiaries.

Dated: New York, New York
        February 15, 2018

                              By:    /s/ TAM
                                     Thomas A. Martin
                                     John B. Fulfree
                                     PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                     521 Fifth Avenue
                                     New York, New York 10175
                                     (212) 682-0020

                                     *Attorneys for Defendant DocuLynx, Inc.*