```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OPPENHEIMER & CO. INC.,                :         18-Cv-173 (SHS)

                Plaintiff,            :         ORDER

   -against-                                   :

DOCULYNX, INC., as successor-in-interest to    :
Anacomp, Inc.,
                                                :
                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.     There will be a mid discovery status conference on April 17, 2018;

      2.     The last day for completion of discovery is May 31, 2018;

      3.     The last day for the parties to file their cross motions for summary judgment is June 28, 2018; and

      4.     The last day for the parties to file their oppositions to the cross motions is July 13, 2018.


Dated:    New York, New York
            February 28, 2018

                                                        SO ORDERED:

                                                        Sidney H. Stein, U.S.D.J.