UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OPPENHEIMER & CO. INC.,                         :

                Plaintiff,                 :

     -against-                                    :        18-Cv-00173 (SHS) (HBP)

DOCULYNX, INC. as successor-in-interest to      :        **ORDER OF REFERENCE**
Anacomp, Inc.,                                           **TO A MAGISTRATE JUDGE**
                                                :
                Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/18

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Non-Dispositive Discovery Disputes*:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

X    Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Dated: New York, New York
       February 28, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

* Do not check if already referred for general pretrial.